UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------ x
:
MAROC FRUIT BOARD S.A. and :
WAFA ASSURANCE S.A., :
:
               Plaintiffs, :
:
v. :     CIVIL ACTION NO.  11-cv-12091-JLT
:     IN ADMIRALTY
M/V ALMEDA STAR, Her Engines, :
Machinery, Tackle, Apparel, :
Appurtenances, etc., *in rem*, :
and STAR REEFERS SHIPOWNING :
INC., *in personam,* :
               Defendants. :
------------------------------------------------------ x

**STIPULATION BY THE PARTIES**

      NOW COME the parties, and by their attorneys, pursuant to the provisions of Rule E(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, hereby stipulate and agree 1) to the release of defendant motor vessel ALMEDA STAR (the "Vessel") from the Order for Maritime Arrest of Defendant Vessel and the *in rem* warrant of maritime arrest (Docket No. 7) ; and, 2) to the removal of the Order Granting Special Process Server and Supplemental Process in the form of a Restraining Order (Electronic Order of November 26, 2011, Woodlock, U.S.D.J.) as it is moot.

      The parties state that they have agreed to acceptable substitute security in lieu of the Vessel.  For this reason, there is no further need to move forward with service of process *in rem* upon the Vessel.  The parties do not wish to restrain the Vessel's sailing from New Bedford, Massachusetts in any way.

      The parties attach a Proposed Warrant for Release of the Vessel from Order of Arrest.

2

Dated: November 28, 2011

Respectfully submitted,

MAROC FRUIT BOARD S.A. and
WAFA ASSURANCE S.A.

By their attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Samuel P. Blatchley _____
Bradley F. Gandrup, Jr.
(BBO No. 549794)
Samuel P. Blatchley
(BBO No. 67232)
180 South Main Street
Providence, Rhode Island 02903
Tel. (401) 861-8200
Fax (401) 861-8210
Email: bfg@psh.com and spb@psh.com

M/V ALMEDA STAR, Her Engines,
Machinery, Tackle, Apparel,
Appurtenances, etc.,
and STAR REEFERS SHIPOWNING
INC.

By their attorneys,

CLINTON & MUZYKA, P.C.

/s/ Olaf Aprans_____
Thomas J. Muzyka
BBO NO. 365540
Olaf Aprans
BBO NO. 670434
88 Black Falcon Avenue
Suite 200
Boston, MA 02210
(617) 723-9165
Fax: 617-720-3489
Email: oaprans@clinmuzyka.com and
tmuzyka@clinmuzyka.com

**Certificate of Service**

    A copy of the foregoing was filed and served electronically on all counsel of record through the Court's ECF system on November 28, 2011.

                                      /s/ Samuel P. Blatchley
                                      Samuel P. Blatchley

1509982_1/9472-2